UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

GERALD H. THOMPSON, JR.
JUDY F. THOMPSON,

Case No. 3:17-bk-01497-JAF
Chapter 13

Debtors.
_____/

**OBJECTION BY ALLY FINANCIAL
TO DEBTOR'S MOTION TO VALUE SECURED CLAIM 3-1**

Ally Financial, by and through its undersigned attorney, hereby files its Objection to Debtor's Motion to Value Secured Claim 3-1 (Doc. No. 26), and would show:

1. The claim of Ally Financial is secured by a 2014 Ford F-250 XLT, VIN 1FT7W2BT6EEB65867. **This is a 910 Claim**.

2. The debt was incurred on November 29, 2015, within the 910-day period preceding the date of the filing of this Petition.

3. If Debtors are attempting to value Creditor's property and reduce Creditor's secured claim pursuant to 11 U.S.C. 506(a), Debtors are in violation of 11 U.S.C. 1325(a).

4. Ally Financial will withdraw this objection if the plan is modified to either pay the claim on its original terms, or pay the claim with interest at 6% over the life of the Plan.

DATED: October 19, 2017.

Andrew W. Houchins
Florida Bar No. 59017
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, Florida 32802
Telephone (407) 425-5500
Facsimile (407) 423-0554
ahouchins@rushmarshall.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served on this 19th day of October, 2017, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Gerald H. Thompson, Jr., 3640 Newcomb Rd., No. 70, Jacksonville FL 32218, Judy F. Thompson, 3640 Newcomb Rd., No. 70, Jacksonville FL 32218, Debtors, Douglas C. Higginbotham, 925 Forest Street, Jacksonville, FL 32204, Attorney for Debtors, Douglas W. Neway, PO Box 4308, Jacksonville, FL 32201-4308, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: _____
Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

1621.70373
Y8761 0514